IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GAMALIER RIVERA, | ) ) ) | |
| *Plaintiff,* | ) ) | Case No. 23 C 01743 |
| v. | ) ) ) | Hon. Judge Edmond E. Chang<br>District Judge |
| REYNALDO GUEVARA, *et al.,* | ) ) ) | Hon. Judge Sunil R. Harjani<br>Magistrate Judge |
| *Defendants.* | ) ) ) ) | **JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

The parties, by their respective undersigned counsel, and pursuant to the Court's June 26, 2023, Order (ECF No. 40) respectfully submit the following joint status report:

1. **Discovery**

    a. The parties exchanged their initial disclosures on August 15, 2023.

    b. Plaintiff served his First Request to Produce to All Defendants, First Set of Interrogatories to all Defendant Officers, and a First Set of Interrogatories to the City on July 28, 2023. Defendant Guevara answered Plaintiff's discovery requests on September 7, 2023. Plaintiff is awaiting the City and other Officer Defendants' discovery responses.

    c. Defendant Guevara has served his First Request to Produce and First Set of Interrogatories to Plaintiff. Plaintiff is working on his responses with an anticipated response date of September 30, 2023.

    d. Plaintiff has noticed and served three depositions of third-party witnesses.

Defendant Guevara has also noticed up three third party witness depositions and is in the process of locating these witnesses to serve them. The parties are in the midst of Rule 37 discussions regarding questioning order and timing of these depositions and plan on having a meet and confer.

2. **Settlement**

    a. Plaintiff believes that early discussion of settlement of this matter would be beneficial, and he would welcome a settlement conference.

    b. Defendants agree that early settlement discussions may be beneficial, however, at this time, Defendants are still acquiring and reviewing documents and need more information before the case can be assessed.

Dated: September 13, 2023                           Respectfully Submitted,

/s/ Isabella Aguilar                                /s/ *Eileen E. Rosen*
*Counsel for Plaintiff*                             *Counsel for the City of Chicago*

Jon Loevy                                           Eileen E. Rosen
Steve Art                                           Catherine M. Barber
Anand Swaminathan                                   Theresa B. Carney
Locke Bowman                                        Austin G. Rahe
Sean Starr                                          Lauren Ferrise
Isabella Aguilar                                    Jessica Zehner
LOEVY & LOEVY                                       Andrew J. Grill
311 N. Aberdeen                                     Special Assistant Corporation Counsel
Chicago, Illinois 60607                             Rock Fusco & Connelly, LLC
(312) 243-5900                                      333 W. Wacker, 19th Floor
aguilar@loevy.com                                   Chicago, Illinois 60606
                                                    (312) 494-1000
                                                    erosen@rfclaw.com

/s/ *Misha Itchhaporia*                             /s/ Josh M. Engquist
*Attorney for Defendant Guevara*                    *Attorney for Defendants Halvorsen, Ricco &*
Timothy P. Scahill (Lead Attorney)                  *Biebel*
Steven B. Borkan
Emily E. Schnidt                                    James G. Sotos
Misha Itchhaporia                                   Josh M. Engquist

| | |
|---|---|
| Molly Boekeloo | Lisa Meador |
| Whitney N. Hutchinson | Mark Smolens |
| Graham P. Miller | Elizabeth Fleming |
| Special Assistant Corporation Counsel | Daniel McGinnis |
| Borkan & Scahill | Thomas Sotos |
| 20 S Clark St # 1700 | Special Assistant Corporation Counsel |
| Chicago, IL 60603 | The Sotos Law Firm, P.C. |
| (312) 580-1030 | 141 W. Jackson Blvd. #1240A |
| | Chicago, IL 60604 |
| | (630)735-3303 |
| | jengquist@jsotoslaw.com |

## CERTIFICATE OF SERVICE

I, Isabella Aguilar, an attorney, certify that on September 13, 2023, I filed the foregoing JOINT STATUS REPORT using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Isabella Aguilar
*One of Plaintiff's Attorneys*