# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHNNY FLORES, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-cv-01736 |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | Honorable John J. Tharp Jr. |
| *Defendants.* | ) | |
| JUAN HERNANDEZ and ROSENDO | ) | |
| HERNANDEZ | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| | ) | Case No. 23-CV-1737 |
| v. | ) | |
| | ) | Hon. Jeremy C. Daniel |
| REYNALDO GUEVARA, et al. | ) | Magistrate Judge Heather K. McShain |
| *Defendants.* | ) | |
| JOHN MARTINEZ, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 23-CV-1741 |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | Hon. Thomas Durkin |
| *Defendants* | ) | Magistrate Judge Sheila Finnegan |
| GAMALIER RIVERA, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 23 C 1743 |
| | ) | |
| REYNALDO GUEVARA, et al | ) | Hon. Edmond E. Chang |
| *Defendants.* | ) | Hon. Sunil R. Harjani |

## CITY DEFENDANTS JOINT MOTION FOR LEAVE TO
## FILE AN OVERSIZED BRIEF

NOW COME City Defendants, by and through their undersigned attorneys, and respectfully request this Honorable Court grant City Defendants leave to file an oversized response brief, seeking up to thirty-two pages. In support of their motion, City Defendants state as follows:

1. Plaintiff filed a Motion to Compel Defendants to Proceed with Third Party Depositions in the evening hours on December 6, 2023, in the *Flores*, *Hernandez*, *Martinez* and *Rivera*

1

cases. (*Flores*, 23-cv-1736 (Dkt. 56); *Hernandez,* 23-cv-1737 (Dkt. 83); *Martinez*, 23-cv-1741, (Dkt. 109); *Rivera,* 23-cv-1743 (Dkt. 66)).

2. City Defendants thereafter filed separate motions requesting that the courts in each case enter a consolidated briefing schedule, so that City Defendants may file one cohesive response to all Plaintiffs' motions. ((*Flores*, 23-cv-1736 (Dkt. 58); *Hernandez,* 23-cv-1737 (Dkt. 85); *Martinez*, 23-cv-1741 (Dkt. 111); *Rivera,* 23-cv-1743 (Dkt. 68)).

3. In response, each court gave City Defendants up to and including December 18, 2023, to file their response to Plaintiffs' motions. (*Flores*, 23-cv-1736 (Dkt. 59); *Hernandez,* 23-cv-1737 (Dkt. 88); *Martinez*, 23-cv-1741 (Dkt. 113); *Rivera,* 23-cv-1743 (Dkt. 67, 70)).

4. The courts in *Flores*, *Martinez*, and *Rivera* acknowledged that the City Defendants' response would be filed jointly among all City Defendants, and/or that the City Defendants would file "the same briefs in this case that they filed in other cases." (*See Flores*, 23-cv-1736 (Dkt. 59); *Martinez*, 23-cv-1741 (Dkt. 113); *Rivera,* 23-cv-1743 (Dkt. 67)).

5. Plaintiffs' motions in each case raise the same legal arguments. Rather than filing four or more separate fifteen-page motions from the numerous City Defendants named in each matter, the City Defendants jointly prepared a response in all four cases. (*See Flores*, 23-cv-1736 (Dkt. 60); *Hernandez,* 23-cv-1741 (Dkt. 89); *Martinez*, 23-cv-1741 (Dkt. 116); *Rivera,* 23-cv-1743 (Dkt. 71)). In addition to being a response from all City Defendants and addressing the arguments made by Plaintiffs in four different cases, the City Defendants' response is also a cross motion for a protective order. (*See id.*). Due to the numerous issues involved, and as the City Defendants are filing one response to address all the arguments raised in Plaintiffs' four (sixty page combined) motions, City Defendants respectfully request leave to file an oversized response brief, up to and

including thirty-two pages, and that this Court find City Defendants' Responses to be deemed filed with leave of court. *See* N.D. Ill. Local Rule 7.1; (*Flores*, 23-cv-1736 (Dkt. 60); *Hernandez*, 23-cv-1741 (Dkt. 89); *Martinez*, 23-cv-1741 (Dkt. 116); *Rivera,* 23-cv-1743 (Dkt. 71)).

6. This motion is not brought for any improper purpose. No prejudice will result to any party by the granting of this motion.

**WHEREFORE**, for the foregoing reasons, City Defendants respectfully request this Honorable Court grant City Defendants leave to file their oversized response brief, up to and including thirty-two pages, and find the City Defendants' Responses, *Flores*, 23-cv-1736 (Dkt. 60); *Hernandez*, 23-cv-1741 (Dkt. 89); *Martinez*, 23-cv-1741 (Dkt. 116); *Rivera,* 23-cv-1743 (Dkt. 71), be deemed filed with leave of court, and for any other relief this Court deems just and proper.

Dated: December 18, 2023                          Respectfully submitted,

/s/ Eileen E. Rosen                               /s/ Josh M. Engquist
EILEEN E. ROSEN,                                  JOSH M. ENGQUIST,
*Attorney for Defendant City of Chicago*          *Special Assistant Corporation Counsel for Individual City Defendants*

Eileen E. Rosen                                   James G. Sotos
Andrew J. Grill                                   Josh M. Engquist
Austin G. Rahe                                    Laura M. Ranum
Catherine M. Barber                               Jeffrey R. Kivetz
Jessica Zehner                                    Lisa Meador
Lauren M. Ferrise                                 David Brueggen
Theresa B. Carney                                 Allison L. Romelfanger
ROCK, FUSCO & CONNELLY                            THE SOTOS LAW FIRM, P.C.
333 West Wacker Drive, 19th Floor                 141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60606                                 Chicago, IL 60604
P: (312) 494-1000                                 P: (630) 735-3300
erosen@rfclaw.com                                 jengquist@jsotoslaw.com

/s/ Timothy P. Scahill

TIMOTHY P. SCAHILL,
*Special Assistant Corporation Counsel*

*for Defendant Reynaldo Guevara*

Steven B. Borkan
Timothy P. Scahill
Graham P. Miller
Emily E. Schnidt
Molly Boekeloo
Whitney Hutchinson
Mischa Itchhaporia
Borkan & Scahill
20 S. Clark Street, Suite 1700
Chicago, IL 60603
P: (312)-580-1030
tscahill@borkanscahill.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the above motion with the Northern District of Illinois ECF System on this 18th day of December, 2023, thereby serving a copy on all parties of record.

/s/Josh M. Engqust
JOSH M. ENGQUIST
*Special Assistant Corporation Counsel for the Individual City Defendants*