IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| GAMALIER RIVERA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.: 23 CV 01743<br>) |
| REYNALDO GUEVARA, GERI LYNN YANOW, as special representative of the ETATE OF ERNEST HALVORSEN, ANTHONY RICCIO, ROBERT BIEBEL, and the CITY OF CHICAGO, | )<br>)<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

## JOINT STATUS REPORT

NOW COME THE PARTIES, by and through their undersigned counsel, and for their Joint Status Report, states as follows:

1. On December 6, 2023, Plaintiff filed motions in four separate cases seeking to establish priority in questioning witnesses. *See Rivera v. Guevara, et al.*, 23 CV 1743, Dckt. No. 66, *Martinez v. Guevara, et al.*, 23 CV 1741, Dckt. No. 109, *Hernandez v. Guevara, et al.*, 23 CV 1737, Dckt. No. 83, *Flores v. Guevara, et al.*, 23 CV 1736, Dckt. No. 56.

2. On December 8, 2023, this Court entered an Order acknowledging the similar motions filed across these cases and stating that "[t]he parties may file the same briefs in this case that they filed in other cases" and that "this Court will likely follow the lead of the other judges considering the matter and follow their ruling." *See* Dckt. No. 67.

3. On December 18, 2023, Defendants filed a consolidated Response in all four of these cases which included discussion of the witnesses pertinent to the above case. *See* Dckt. No. 71.

4. There was a hearing on this Motion in *Hernandez* on December 21, 2023. *See Henandez*, Dckt. No. 94.

5. To date, there have been rulings by two other judges allocating witness priority on disputed witnesses in the cases in which these motions were brought (one in *Flores* and the other in *Hernandez*). *Flores*, Dckt. No. 64 (January 2, 2024), *Hernandez*, Dckt. No. 98 (January 5, 2024). Both of these rulings were case specific, and there is no overlap with the witnesses at issue in this case.

6. In *Martinez*, Magistrate Judge Finnegan entered an Order declining Plaintiff's request that the Court "apply the same reasoning in Flores to Plaintiff's pending Motion to Compel" but permitting the parties to argue the applicability of the reasoning in Flores at a hearing on January 10, 2024. *See Martinez*, Dckt. No. 121.

7. A hearing was thereafter held by Judge Finnegan on January 10, 2024 and the parties further argued their positions on the witnesses at issue in *Martinez. Martinez*, Dckt. No. 122. Magistrate Judge Finnegan also requested that Plaintiff provide a copy of the *Martinez* Plaintiff's state court post-conviction petition and other materials pertinent to one of the disputed witnesses at issue in *Martinez. Id.* Plaintiff thereafter provided certain materials to Magistrate Judge Finnegan. *See Martinez,* Dckt. No. 123.

8. To date, Magistrate Judge Finnegan has not yet ruled on deposition priority in the *Martinez* case.

9. On January 8, 2024, this Court ordered the parties to file a joint status report by 1/17/24 and identify whether any ruling is needed from this Court on specific witnesses identified in Plaintiff's motion to compel given the rulings by other judges in this matter and overlap. *See* Dckt. No. 78.

10. A ruling is still needed from this Court on all three of the witnesses identified in Plaintiff's pending motion and Defendants' Response thereto.

| | |
|---|---|
| Dated: January 17, 2024 | Respectfully submitted, |
| By: /s/ Timothy P. Scahill | By: /s/Theresa Berousek Carney |
| Special Assistant Corporation Counsel | Special Assistant Corporation Counsel |
| Timothy P. Scahill | Eileen E. Rosen |
| Steven B. Borkan | Catherine M. Barber |
| Misha Itchhaporia | Theresa Berousek Carney |
| Whitney Hutchinson | Austin G. Rahe |
| Molly Boekeloo | Rock Fusco & Connelly, LLC |
| Borkan & Scahill, Ltd. | 333 W. Wacker 19th Floor |
| 20 S. Clark Street, Suite 1700 | Chicago, Illinois 60606 |
| Chicago, Illinois 60603 | (312) 494-1000 |
| (312) 580-1030 | *Attorneys for Defendant City of Chicago* |
| *Attorneys for Reynaldo Guevara* | |
| | |
| By: /s/ Josh M. Engquist | /s/ Meg Gould |
| Special Assistant Corporation Counsel | *Counsel for Plaintiff* |
| James G. Sotos | |
| Josh M. Engquist | Jon Loevy |
| Jeffrey R. Kivetz | Steve Art |
| Allison L. Romelfanger | Anand Swaminathan |
| Elizabeth R. Fleming | Locke Bowman |
| Kyle T. Christie | Sean Starr |
| Mark F. Smolens | Meg Gould |
| THE SOTOS LAW FIRM, P.C. | LOEVY & LOEVY |
| 141 W. Jackson Blvd., Suite 1240A | 311 N. Aberdeen |
| Chicago, IL 60604 | Chicago, Illinois 60607 |
| Tel: (630) 735-3300 | (312) 243-5900 |
| *Attorneys for Individual City Defendants* | gould@loevy.com |