**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GAMALIER RIVERA, | ) | |
| | ) | Case No. 23 C 01743 |
| *Plaintiff*, | ) | |
| | ) | Hon. Judge Edmond E. Chang |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | Hon. Judge Sunil R. Harjani |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |

**DEPOSITION SCHEDULING REPORT**

The parties by their respective attorneys, respectfully submit this agreed upon deposition scheduling report, pursuant to this Court's order, Dkt. 92, stating as follows:

The parties have scheduled the following depositions on the following dates:

| Parties to the Litigation | Date |
|---|---|
| Plaintiff Gamalier Rivera | May 8, 2024 |
| Defendant Biebel | April 17, 2024 |
| Defendant Riccio | April 24, 2024 |
| Defendant Guevara | April 18, 2024 |
| **Third Party Deponents** | **Date** |
| Valerio Gomez | March 26, 2024 |
| Miguel Gonzalez | March 27, 2024 |
| Felix Burgos, Jr. | March 28, 2024 |
| Orlando Burgos | March 29, 2024 |
| Santos Villa | April 1, 2024 |
| Officer R. Gniot | April 3, 2024 |
| Officer B. Healy | April 5, 2024 |
| Officer Ruben Oliveras | April 8, 2024 |
| Detective John Dolan | April 9, 2024 |
| Charles Zuganelis | April 10, 2024 |
| Detective Kenneth Berris | April 15, 2024 |
| Elizabeth Burgos | April 30, 2024 |

| | |
|---|---|
| Madelyn Burgos | May 2, 2024 |
| ASA Lisa Mateck | May 6, 2024 |
| ASA Ellen Mandeltort | May 7, 2024 |
| ASA Linda Peters | May 9, 2024 |
| ASA Domenica Stephenson | May 13, 2024 |
| Reinaldo DeJesus | May 17, 2024 |
| Nicholas Gonzalez | May 21, 2024 |
| Maria Diaz | May 22, 2024 |
| Javier Cruz | May 23, 2024 |
| Josh Tepfer | May 28, 2024 |
| Antonio Diaz | May 29, 2024 |

The parties conferred to confirm Counsel availability and have begun to serve notices and subpoenas of depositions for the above dates and witnesses. Counsel is in the process of effectuating service and contacting the witnesses to confirm their availability on the above dates. If a deponent is unavailable on their respective date, Counsel will work cooperatively to reschedule to a mutually agreeable date.

Plaintiff, Defendant Biebel, and Defendant Riccio confirmed their availability for the above dates. On March 7, 2024, Plaintiff noticed the deposition of Defendant Guevara for April 18, 2024, and his Counsel is working to ascertain his availability for that date.

The Parties further note for the Court that there are a number of ongoing discovery issues. Defendants assert that the issues may impact the ability to proceed with the aforementioned depositions:

1. Defendants are currently engaging in 37.2 correspondence with the Cook County State's Attorney's Office and the Cook County Public Defender's Office regarding their respective subpoena responses.

2. On March 4, 2024, Defendants received over 7,000 pages of documents in response to their subpoena to the Exoneration Project. Defendants are in the process of reviewing these documents to evaluate whether any 37.2 correspondence is necessary.

3. Plaintiff previously objected to producing certain mental health treatment information until there was a HIPAA-qualified protective order in place. On March 6, 2024, the Court denied Plaintiff's Motion for a HIPAA Protective Order, Dkt. 98, and directed that the Defendants' version of the HIPAA Order be entered. Therefore, Plaintiff will review his records and provide any responsive supplementation to Defendants' discovery requests

by Friday, March 15, 2024. Defendants anticipate obtaining the mental health treatment information from Plaintiff and issuing subpoenas for records.

4. Defendants previously objected to producing certain information until an appropriate protective order was in place. On February 28, 2024, the Court denied Plaintiff's motion for entry of a Protective Order, Dkt. 93, and entered a Protective Order on March 6, 2024. Dkt. 100. Plaintiff has addressed the relevant responses to Plaintiff's discovery requests that need supplementation in the Rule 37.2 letters he will issue today. Plaintiff therefore anticipates obtaining the responsive information and documents from Defendants, and following up with any additional subpoenas or discovery requests.

5. The individual Defendants also intend on issuing Rule 37.2 letters to Plaintiff on March 8, 2024 to address further deficiencies in Plaintiff's discovery responses.

6. The parties are in the process of inspecting impounded evidence.

Dated: March 8, 2024

Respectfully Submitted,

/s/ Meg Gould
*Counsel for Plaintiff*

/s/ *Theresa Berousek Carney*
*Counsel for the City of Chicago*

Jon Loevy
Steve Art
Anand Swaminathan
Locke Bowman
Sean Starr
Meg Gould
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
gould@loevy.com

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Lauren Ferrise
Jessica Zehner
Andrew J. Grill
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com

/s/Molly Boekeloo
*Attorney for Defendant Guevara*

/s/Daniel McGinnis
*Attorney for Defendants Halvorsen, Ricco &*

3

| | |
|---|---|
| Timothy P. Scahill (Lead Attorney) | *Biebel* |
| Steven B. Borkan | James G. Sotos |
| Emily E. Schnidt | Josh M. Engquist |
| Misha Itchhaporia | Lisa Meador |
| Molly Boekeloo | Mark Smolens |
| Whitney N. Hutchinson | Elizabeth Fleming |
| Graham P. Miller | Daniel McGinnis |
| Special Assistant Corporation Counsel | Thomas Sotos |
| Borkan & Scahill | Special Assistant Corporation Counsel |
| 20 S Clark St # 1700 | The Sotos Law Firm, P.C. |
| Chicago, IL 60603 | 141 W. Jackson Blvd. #1240A |
| (312) 580-1030 | Chicago, IL 60604 |
| | (630)735-3303 |
| | dmcginnis@jsotoslaw.com |