UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GAMALIER RIVERA, | ) | |
| | ) | Case No. 23-cv-01743 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Chang |
| v. | ) | Magistrate Judge McShain |
| | ) | |
| REYNALDO GUEVARA, et al. | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' CERTIFICATE OF COMPLIANCE**

Defendants Anthony Riccio, Robert Biebel, and Geri Lynn Yanow, as Special Representative for Ernest Halvorsen, deceased, by their undersigned counsel, and pursuant to this Court's Minute Entry No. 152 submits the following certificate of compliance.

On Friday, March 28, 2025, undersigned defense counsel served on the Cook County State's Attorney's Office ("CCSAO"), via electronic mail to Mr. David Adelman, a copy of Defendants' Motion to Compel the Cook County State's Attorney's Office (Dkt No. 149), corresponding exhibits (Dkt Nos. 149-1 through 149-12) and a copy of this Court's February 28, 2025 minute entry (Dkt No. 152).

Dated: March 5, 2025            Respectfully Submitted,

/s/ Elizabeth R. Fleming
ELIZABETH R. FLEMING, Atty No. 6319166
*Special Assistant Corporation Counsel for Defendants Riccio, Biebel, and Special Representative Yanow*

James G. Sotos
Josh M. Engquist
Lisa M. Meador
Maurice C. Hunt
Elizabeth R. Fleming
Thomas J. Sotos
THE SOTOS LAW FIRM, P.C.

141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
P: (630) 735-3300
efleming@jsotoslaw.com.

# CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on March 5, 2025, I electronically filed the foregoing **Certificate of Compliance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

***Attorneys for Plaintiff***:
Anand Swaminathan (anand@loevy.com)
Arthur R. Loevy (arthur@loevy.com)
Jonathan I. Loevy (jon@loevy.com)
Sean Starr (sean@loevy.com)
Steven Art (steve@loevy.com)
Annie D. Prossnitz (prossnitz@loevy.com)
Locke E. Bowman (locke@loevy.com)
Margaret Gould (gould@loevy.com)
Loevy & Loevy
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
P: (312) 243-5900

***Attorneys for the City of Chicago***
Eileen E. Rosen (erosen@rfclaw.com)
Andrew J. Grill (agrill@rfclaw.com)
Austin G. Rahe (arahe@rfclaw.com)
Catherine M. Barber (cbarber@rfclaw.com)
Lauren M. Ferrise (lferrise@rfclaw.com)
Theresa B. Carney (tcarney@rfclaw.com)
Kelly A. Krauchun (kkrauchun@rfclaw.com)
Rock, Fusco & Connelly
333 West Wacker Drive, 19th Floor
Chicago, IL 60606
P: (312) 494-1000

***Attorneys for Reynaldo Guevara***
Steven B. Borkan (Sborkan@borkanscahill.com)
Timothy P. Scahill (tscahill@borkinscahill.com)
Graham P. Miller (gmiller@borkinscahill.com)
Emily E. Schnidt (eschnidt@borkinscahill.com)
Mischa Itchhaporia (mitchhaporia@borkanscahill.com)
Molly E. Boekeloo (mboekeloo@borkanscahill.com)
Amanda Guertler (aguertler@borkanscahill.com)
Krystal Gonzalez (kgonzalez@borkanscahill.com)
Christine Murray (cmurray@borkanscahill.com)
Andrea F. Checkai (acheckai@borkanscahill.com)
Drew Wycoff (dwycoff@borkanscahill.com)

Katherine E. Wilkie (kwilkie@borkanscahill.com)
Borkan & Scahill
20 S. Clark Street, Suite 1700
Chicago, IL 60603
P: 312-580-1030

/s/ Elizabeth R. Fleming
ELIZABETH R. FLEMING, Atty No. 6319166