IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| GAMALIER RIVERA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 23 CV 01743 |
| | ) |
| REYNALDO GUEVARA, et al | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.2**

I, Molly E. Boekeloo, an attorney, hereby certify that Defendants, in compliance with Local Rule 37.2, have engaged in good faith efforts to resolve the issue prior to Defendants filing this motion. As stated in the motion, the parties agree that the witnesses should be served by Certified Mail.

The only issue that the parties are at *impasse* regarding is whether Defendants should be granted priority in questioning the witnesses first at their depositions. The parties conferred on this matter telephonically on March 26, 2025, wherein the parties agreed they were at *impasse* and counsel for Defendant stated they would proceed with their Motion and include Plaintiff's request for time to respond in writing to the Motion.

Respectfully submitted,

By: */s/ Molly E. Boekeloo*
Special Assistant Corporation Counsel
Timothy P. Scahill
Steven B. Borkan
Whitney Hutchinson
Molly Boekeloo
Borkan & Scahill, Ltd.
20 S. Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
*Attorneys for Reynaldo Guevara*