IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| GAMALIER RIVERA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 23 CV 01743 |
| | ) |
| REYNALDO GUEVARA, et al | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.2**

I, Molly E. Boekeloo, an attorney, hereby certify that Defendants, in compliance with Local Rule 37.2, have engaged in good faith efforts to resolve the issue prior to Defendants filing this motion. As stated in the motion, the parties agree that a discovery extension is necessary.

The only issue that the parties are at *impasse* regarding is the length of time necessary to complete discovery. The parties conferred on this matter via video conference on March 28, 2025, wherein the parties agreed they were at *impasse* and counsel for Defendant stated they would proceed with their Motion and include Plaintiff's request for time to respond in writing to the Motion.

                                                      Respectfully submitted,

                                                      By: */s/ Molly E. Boekeloo*
                                                      Special Assistant Corporation Counsel
                                                      Timothy P. Scahill
                                                      Steven B. Borkan
                                                      Whitney Hutchinson
                                                      Molly Boekeloo
                                                      Borkan & Scahill, Ltd.
                                                      20 S. Clark Street, Suite 1700
                                                      Chicago, Illinois 60603
                                                      (312) 580-1030
                                                      *Attorneys for Reynaldo Guevara*